UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS INC. and AGERE SYSTEMS GUARDIAN CORPORATION,<br><br>　　　　　　　Plaintiffs,<br><br>　-v.-<br><br>ATMEL CORPORATION,<br><br>　　　　　　　Defendant. | Case Number:  02-CV-864<br><br>Hon. Legrome D. Davis |

### DEFENDANT ATMEL CORPORATION'S SUPPLEMENT TO ITS OBJECTIONS TO PLAINTIFF AGERE SYSTEM INC.'S DESIGNATIONS OF DEPOSITION TESTIMONIES OF DAVIS HESS AND VIRENDRA RANA

Defendant Atmel Corporation (hereinafter "Atmel"), hereby submits this Supplement to Its Objections to Plaintiff Agere Systems Inc.'s ("Agere") Designations of Deposition Testimonies of David Hess and Virendra Rana.

On March 1, 2005, Defendant filed its Objections to Plaintiff Agere Systems Inc.'s ("Agere") Designations of Deposition Testimonies of David Hess and Virendra Rana. Atmel hereby supplements its Objections with excerpts of the deposition testimony of David Hess and Virendra Rana to which Atmel has objected. See Exhibit A. For the Court's convenience, also

attached hereto is an additional copy of Atmel's Objections to Plaintiff Agere Systems Inc.'s ("Agere") Designations of Deposition Testimonies of David Hess and Virendra Rana.

                                Respectfully submitted,

                                MILLER, ALFANO & RASPANTI, P.C.

By: _____
                              GREGORY P. MILLER, ESQUIRE
                              MICHAEL A. MORSE, ESQUIRE
                              Attorney I.D. Nos. 24891, 80507
                              1818 Market Street, Suite 3402
                              Philadelphia, PA 19103
                              (215) 972-6400

Dated: March 2, 2005          Attorneys for Atmel Corporation

CERTIFICATE OF SERVICE

    I, MICHAEL A. MORSE, ESQUIRE, hereby certify that on this 2nd day of March, 2005, a copy of the foregoing Defendant ATMEL Corporation's Supplement to Its Objections to Plaintiff Agere System Inc.'s Designations of Deposition Testimonies of Davis Hess and Virendra Rana, has been served upon the following person(s) in the manner indicated below:

VIA FACSIMILE
AND HAND DELIVERY

Paul J. Kennedy, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

and

Jenny N. Lee, Esquire
Kirkland & Ellis LLP
c/o Marriott Hotel, Room 616
1201 Market Street
Philadelphia, PA 19107

Attorneys for Plaintiff
AGERE Systems, Inc. and
AGERE Systems Guardian Corporation

MILLER, ALFANO & RASPANTI, P.C.

By: _____
MICHAEL A. MORSE, ESQUIRE (MM761)
1818 Market Street, Suite 3402
Philadelphia, PA 19103
(215) 972-6400

Attorney for Defendant
ATMEL Corporation