IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS INC., ET AL. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| ATMEL CORPORATION | : | |
| Defendant | : | NO. 2:02-CV-00864-LDD |

CIVIL JUDGMENT

Before the Honorable Legrome D. Davis

      AND NOW, this  28th  day of March, 2005 in accordance with the jury verdict,

      IT IS ORDERED that Judgment be and the same is hereby entered in favor of Defendant Atmel Corporation and against Plaintiffs Agere Systems Inc..

      BY THE COURT

      /s/
      Legrome D. Davis, J