UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

AGERE SYSTEMS INC.,

        Plaintiff,

v.

ATMEL CORPORATION,

        Defendant.

Case No.: 02-864 (LDD)

## STIPULATION AND [PROPOSED] ORDER
## TO VACATE AND DISMISS WITH PREJUDICE

IT IS HEREBY stipulated and agreed between Plaintiff Agere Systems Inc. ("Agere") and Defendant Atmel Corporation ("Atmel"), through their respective undersigned counsel, that, pursuant to the parties' Settlement Agreement:

(A) all of the claims and counterclaims of the above-referenced action are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each side to bear its own attorneys' fees and costs;

(B) the parties jointly request that the Court's summary judgment orders, jury verdicts, and judgments based thereon, including the March 28, 2005 Order of Civil Judgment and the underlying jury verdict, be vacated; and

(C) the parties request the Court retain jurisdiction to enforce the provisions of the Settlement Agreement attached hereto as Exhibit A and the related Confidential Settlement & Patent License Agreement referred to therein.

By /s/ Paul J. Kennedy

Paul J. Kennedy
PEPPER HAMILTON, LLP
300 Logan Square
Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103
Telephone: (215) 981-4194
Facsimile: (215) 981-4750

John M. Desmarais

By /s/ Michael A. Morse

Michael A. Morse
Gregory P. Miller
MILLER, ALFANO &RASPANTI, P.C.
1818 Market Street, Suit 3402
Philadelphia, PA 19103
Telephone: (215) 972-6400
Facsimile: (215) 981-0082

Robert T. Haslam

| | |
|---|---|
| Michael P. Stadnick<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022-4675<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>*Attorneys for Plaintiff Agere Systems Inc.*<br><br>Dated: June __, 2006 | HELLER EHRMAN WHITE<br>  & McAULIFFE LLP<br>275 Middlefield Road<br>Menlo Park, California 94025-3506<br>Telephone: (650) 324-7000<br>Facsimile: (650) 324-0638<br><br>*Attorneys for Defendant Atmel Corporation*<br><br>Dated: June __, 2006 |

The Court, having considered the parties' STIPULATION AND [PROPOSED] ORDER TO VACATE AND DISMISS WITH PREJUDICE, HEREBY ORDERS:

(A) this action is hereby dismissed with prejudice, each side to bear its own attorneys' fees and costs;

(B) the Court's summary judgment orders, jury verdicts, and judgments based thereon, including the March 28, 2005 Order of Civil Judgment and the underlying jury verdict, are hereby vacated; and

(C) the Court retains jurisdiction to enforce the provisions of the Settlement Agreement attached hereto as Exhibit A and the related Confidential Settlement & Patent License Agreement referred to therein. referred to therein.

DATED: June __, 2006

_____
The Honorable Legrome D. Davis
United States District Judge