# EXHIBIT A
# (SETTLEMENT AGREEMENT)

# FILED UNDER SEAL