IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS INC.<br><br>Plaintiff,<br><br>v.<br><br>ATMEL CORPORATION<br><br>Defendant. | Case No.: 02-864 (LDD)<br><br>**FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER** |

**AGERE'S OPPOSITION TO NON-PARTY ROHM COMPANY, LIMITED'S MOTION TO INTERVENE AND FOR MODIFICATION OF THE COURT'S JUNE 19, 2006 ORDER DISMISSING THE UNDERLYING ACTION**

Paul J. Kennedy (Atty. I.D. No. 39291)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, Pennsylvania 19103-2799
Tel:   (215) 981-4000
Fax:  (215) 981-4750
*Attorney for Plaintiff Agere Systems Inc.*

*Of Counsel:*
John M. Desmarais
Michael P. Stadnick
Timothy K. Gilman
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York  10022-4675
Tel:   (212) 446-4800
Fax:  (212) 446-4900

Date: July 14, 2006

**OUTSIDE COUNSEL EYES ONLY**

# OPPOSITION BRIEF

# FILED UNDER SEAL