IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AGERE SYSTEMS INC.<br><br>    Plaintiff,<br><br>v.<br><br>ATMEL CORPORATION<br><br>    Defendant. | Case No.: 02-864 (LDD)<br><br>**FILED UNDER SEAL** |

**DECLARATION OF MARIE H. MACNICHOL IN SUPPORT OF
AGERE'S OPPOSITION TO ROHM'S MOTION TO INTERVENE**

I, Marie H. MacNichol, hereby declare as follows:

# [DECLARATION FILED UNDER SEAL]

**OUTSIDE COUNSEL EYES ONLY**