UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS INC., | ) | |
| | ) | |
| | ) | Case Number:  02-CV-864 |
| Plaintiff, | ) | |
| | ) | **Hon. Legrome D. Davis** |
| v. | ) | |
| | ) | |
| ATMEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT ATMEL'S RESPONSE TO
PLAINTIFF AGERE'S OPPOSITION TO NON-PARTY ROHM'S MOTION TO
INTERVENE (AND FOR MODIFICATION OF THE COURT'S JUNE 19, 2006 ORDER
DISMISSING THE UNDERLYING ACTION)**

i

Defendant Atmel Corporation ("Atmel") respectfully files this brief statement in response to Plaintiff Agere Systems Inc.'s ("Agere's") recently-filed opposition to Non-Party Rohm Company, Limited's ("Rohm's") motion to intervene.  Atmel takes no position on the merits of Rohm's original motion.  With one exception noted herein, Atmel does not oppose Agere's opposition.  Atmel does not agree with Agere's statement in opposition to that motion that "Agere and Atmel conditioned their settlement and resulting license agreement on this Court's vacatur of certain non-final decisions".  *See* Agere's Opposition to Rohm's Motion to Intervene and for Modification of the Court's June 19, 2006 Order Dismissing the Underlying Action, filed July 14, 2006, at 3.  It is not Atmel's understanding that the parties' settlement was contingent upon vacatur.

Dated:  July 17, 2006

Respectfully Submitted,

Michael A. Morse

Michael A. Morse (MM761)
Attorney ID No. 80507
Miller, Alfano & Raspanti, P.C.
1818 Market St., Suite 3402
Philadelphia, PA 19103
Telephone:  (212) 972-6400

Robert T. Haslam
Nitin Subhedar
Heller Ehrman White & McAuliffe
275 Middlefield Road
Menlo Park, CA  94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

Attorneys for ATMEL CORPORATION

## CERTIFICATE OF SERVICE

I, Michael A. Morse, Esquire, hereby certify that on this 17th day of July, 2006, a copy of the foregoing Defendant Atmel Corporation's Response to Plaintiff Agere's Opposition to Non-Party Rohm's Motion to Intervene (and for Modification of the Court's June 19, 2006 Order Dismissing the Underlying Action) has been served upon the following persons in the manner indicated below:

### VIA ELECTRONIC MAIL AND FACSIMILE

Paul J. Kennedy, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Thomas D. Pease, Esquire
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

Attorneys for Plaintiff
AGERE Systems, Inc.

MILLER, ALFANO & RASPANTI, P.C.

By:    _Michael A. Morse_ ACL

MICHAEL A. MORSE, ESQ. (MM761)
Attorney I.D. No. 80507
1818 Market Street, Suite 3402
Philadelphia, PA 19103
(215) 972-6400

Attorney for Defendant
ATMEL Corporation