IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC. ET AL., | : | CIVIL ACTION |
|    Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ATMEL CORPORATION, | : | NO. 02-CV-864 |
|    Defendant. | : | |

ORDER

AND NOW, this   31st   day of July 2006, it is hereby ORDERED that Rohm Company Ltd.'s Motion for Leave to File an Additional Document (Doc. No. 442) is GRANTED.  Rohm Company Ltd.'s Reply Brief was filed as part of its Motion to File an Additional Document on July 26, 2006 (Doc. No.442).

It is further ORDERED that Rohm Company Ltd.'s Motion to File Under Seal (Doc. No. 443) is GRANTED.  It is further ORDERED that the Clerk of Court seal Rohm Company, Ltd.'s Reply Brief in Support of Motion to Intervene and for Limited Modification of the Court's June 19, 2006 Order (Doc. No. 442).

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.