IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AGERE SYSTEMS, INC., : | : | CIVIL ACTION |
|    Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ATMEL CORPORATION, | : | NO. 02-CV-864 |
|    Defendant. | : | |

ORDER

AND NOW, this 11th day of August 2006, upon consideration of the Motion to Intervene and for Limited Modification of the Court's June 19, 2006 Order Vacating Its Prior Judgments of Patent Invalidity filed by Rohm Company, Ltd. ("Rohm") (Doc. No. 435, 436), Plaintiff's Opposition thereto (Doc. No. 439, 440), Defendant's Response thereto (Doc. No. 441), Rohm's Reply (Doc. No. 442) and Plaintiff's Sur-Reply (Doc. No. 446), it is hereby ORDERED that Rohm's Motion is DENIED.  This matter was dismissed with prejudice on June 19, 2006.  Post-judgment intervention is permitted only in "extraordinary circumstances." Bank of Am. Nat'l Trust & Savs. Ass'n v. Hotel Rittenhouse Assocs., 844 F.2d 1050, 1056 (3d Cir. 1988).  Since this Court finds no "extraordinary circumstances," Rohm's Motion to Intervene is denied.

BY THE COURT:

/s/ Legrome Davis
Legrome D. Davis, J.

1